IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH ANN EL KASSEMY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:08CV00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TELVISTA INC., | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |
| | ) | |

Before me is the Defendant's Motion for Summary Judgment [10]. In this case, Plaintiff alleges: harassment for race discrimination, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000(e) *et. seq.*; Harassment for age discrimination, in violation of the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621 *et. seq.*; and retaliatory discharge in violation of the Americas with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12203 *et. seq.*

For the reasons contained in the accompanying Memorandum Opinion, the Defendant's Motion for Summary Judgment is **GRANTED**.

The Clerk is directed to send a copy of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record and *pro se* Plaintiff and to strike the case from the docket. Any outstanding motions are dismissed as moot.

Entered this 3rd day of March, 2009.

                  s/Jackson L. Kiser
                  Senior United States District Judge